IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HAMILTON GRANT                                                                    PLAINTIFF

vs.                                    CASE NO. 5:05CV00019GH

HOOD PACKAGING                                                              DEFENDANT

## ORDER

Upon motion of plaintiff, the complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 22nd day of September, 2005.

_George Howard, Jr_
UNITED STATES DISTRICT JUDGE